NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BRIAN FERGUSON, ROB BRYANT, ANDREAS HAU,**
*Petitioners*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

_____

2023-1950

_____

Petition for review of the Merit Systems Protection Board in No. SF-4324-17-0411-I-1.

_____

## O R D E R

The petitioners having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                          FERGUSON V. MSPB

accordance with the rules.

FOR THE COURT

January 4, 2024                          Jarrett B. Perlow
        Date                              Clerk of Court

**ISSUED AS A MANDATE:** January 4, 2024